CARESTIO v. MENU FOODS LIMITED et al — Doc. 2
Case 1:07-cv-01762-NLH-AMD   Document 2   Filed 04/17/2007   Page 1 of 3
Case 1:33-av-00001   Document 856-3   Filed 04/16/2007   Page 1 of 3

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  New Jersey

LYNNE CARESTIO, on behalf of herself
and all others similarly situated,

        Plaintiff,

    v.

MENU FOODS LIMITED,
MENU FOODS INC., and
MENU FOODS MIDWEST CORPORATION,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 1762 (NLH)

TO: (Name and address of Defendant)  MENU FOODS LIMITED

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

    Donna Siegel Moffa
    Trujillo Rodriguez & Richards, LLC
    8 Kings Highway West
    Haddonfield, NJ 08033
    (856) 795-9002

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**       4/17/07

CLERK       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of    New Jersey

| | |
|---|---|
| LYNNE CARESTIO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS LIMITED, MENU FOODS INC., and MENU FOODS MIDWEST CORPORATION,<br><br>Defendants. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: 07cv1762(NLH) |

TO: (Name and address of Defendant)  MENU FOODS INC.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

Donna Siegel Moffa
Trujillo Rodriguez & Richards, LLC
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

(By) DEPUTY CLERK

DATE   4/17/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

| | |
|---|---|
| LYNNE CARESTIO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MENU FOODS LIMITED,<br>MENU FOODS INC., and<br>MENU FOODS MIDWEST CORPORATION,<br><br>Defendants. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: 07cv1762(NLH) |

TO: (Name and address of Defendant) MENU FOODS MIDWEST CORPORATION

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

Donna Siegel Moffa
Trujillo Rodriguez & Richards, LLC
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH                         4/17/07
CLERK                                    DATE

(By) DEPUTY CLERK