Gerard H. Hanson, Esquire
Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods Limited, Menu Foods, Inc.,
and Menu Foods Midwest Corporation

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LYNN CARESTIO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS LIMITED, MENU FOODS, INC., and MENU FOODS MIDWEST CORPORATION,<br><br>Defendants | Civil Action No.: 07-cv- 01762 (NLH) (AMD)<br><br>NOTICE OF APPEARANCE |

Hill Wallack LLP hereby enters its appearance as counsel for the defendants, Menu Foods, Inc., in the above-captioned matter, which has been stayed per the Order of Judge Noel L. Hillman dated May 2, 2007.

HILL WALLACK LLP
Attorneys for Defendants

BY: _/s/ Gerard H. Hanson_
Gerard H. Hanson
ghh@hillwallack.com

Dated: May    , 2007